FILED
 2016 Jan-08  PM 04:44
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CLIFTON JOHNSON; NICOLE S. JOHNSON,**  )<br>)<br>       **Plaintiffs,**  )<br>)<br>v.     )<br>)<br>**CHRYSLER GROUP LLC,**   )<br>)<br>       **Defendant.**   ) | **14-CV-02079** |

## THIRD JOINT STATUS REPORT REGARDING
## THE POSSIBILITY OF SETTLEMENT

**COME NOW** the Parties, Plaintiffs Clifton Johnson, Nicole S. Johnson and Defendant Chrysler Group LLC, and make this Third Joint Report Regarding the Possibility of Settlement:

1. This lawsuit arises out of Plaintiffs' complaints of electrical problems with a 2013 Dodge Journey ("Vehicle").

2. Although Plaintiff contends the Vehicle still experiences some problems, the major issues with the Vehicle were successfully repaired in November of 2015, by the consent of the Parties.

3. The Parties are now working on a monetary settlement, but their efforts were inhibited by the holidays, and the Parties have not yet reached a final settlement.

4. The Parties believe that mediation is not necessary at this time because their settlement dialogue has not broken down.

5. The Parties would appreciate an additional thirty (30) days to continue to attempt to resolve the Plaintiffs' remaining claims.

Respectfully Submitted on January 8, 2016.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35201


/s/James F. Walsh
James F. Walsh
Attorney for the Defendant
Rumberger, Kirk & Caldwell, P.C.
Renasant Place, Suite 1300
2001 Park Place North
Birmingham, Alabama 35203